1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: John D. Nibbelin, Deputy (SBN 184603)
2  By: Rebecca A. Archer, Deputy (SBN 202743)
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, CA  94063
4  Telephone: (650) 363-4757
   Facsimile:  (650) 363-4034
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO and ROBERT FOUCRAULT,
   individually and as CORONER, SAN MATEO COUNTY
7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | ISOLINA PICON,                              | Case No. 08 00766-JCS
13 |         Plaintiff,                          | **PROOF OF PERSONAL SERVICE**
   |                                             | (Notice of Removal)
14 |     vs.                                     |
15 | COUNTY OF SAN MATEO and ROBERT
   | FOUCRAULT, individually and as CORONER, SAN
16 | MATEO COUNTY,
17 |         Defendants.

---

Case No. 08 00766-JCS

PROOF OF PERSONAL SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOHN D. NIBBELIN, DEPUTY SBN #184603<br>OFFICE OF THE COUNTY COUNTY<br>400 COUNTY CENTER, 6th FLOOR<br>REDWOOD CITY CA 9406 | (650) 363-4757 | |
| ATTORNEY FOR (Name): COUNTY OF SAN MATEO | Ref. No. or File No.:<br>PICON v. COUNTY | |

Insert name of court and name of judicial district and branch court if any:

UNITED STATES DIST. NORTHERN NORTHERN DISTRICT

PLAINTIFF:
DEFENDANT: PICON v. COUNTY

| PROOF OF SERVICE<br>NOTICE OF REMOVAL | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>CV-08-00766 JCS |
|---|---|---|---|---|

## PERSONAL SERVICE

**Instruction:** *After having the other party served with a copy of the document identified in item 1, attach a completed Proof of Service to the original or to a true copy of the original and give it to the clerk for filing. Neither the plaintiff nor the defendant can serve these papers.*

NOTICE OF REMOVAL

2. Person served (name) :
   SERVE: AYANNA L. JENKINS-TONEY, ESQ.

3. By personally delivering copies to the person served, as follows:

   (1) Date: 2/1/2008     (2)Time: 12:00 PM

   (3) Address: AYANNA L. JENKINS-TONEY, ESQ. - 225 BUSH STREET, 16th FLOOR, SAN FRANCISCO, CALIFORNIA 94104

4. At the time of service I was at least 18 years of age and **not a party to this cause.**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Fee for Service:

   G&H LEGAL SERVICES
   969-G EDGEWATER BLVD., #232
   FOSTER CITY, CA 94404
   (650) 261-9852 SAN MATEO

   16254

   ☐ Exempt from registration under B&P 22350(b).
   ☒ Registered California process server.
   ☐ Employee or independent contractor
   (2) Registration No.:
   (3) County   San Joaquin #206

Date: 2/1/2008

Joey S. Moss
(TYPE OR PRINT NAME)                    (SIGNATURE)

PROOF OF SERVICE                         PICON v. COUNTY
NOTICE OF REMOVAL