# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

February 15, 2008

Ayanna L. Jenkins-Toney                    John D. Nibbelin
Law Offices of Ayanna L. Jenkins-Toney     Office of County Counsel, San Mateo
222 Bush Street, 16th Floor                400 County Center, 6th Floor
San Francisco, CA 94901                    Redwood City, CA 94063

**Re:    ISOLINA PICON  v. COUNTY OF SAN MATEO**
         C08-00766 (JCS)

Dear Counsel:

   This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

   The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

   A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **February 29, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                      Sincerely,

                                      RICHARD W. WIEKING

                                      By: Karen L.Hom
                                           Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISOLINA PICON,                       No. C 08-00766 JCS

       Plaintiff(s),                **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

  v.

COUNTY OF SAN MATEO, ET AL.,

       Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____        _____
                                                                             Signature

                                                                             Counsel for _____
                                                                             (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISOLINA PICON,<br><br>        Plaintiff(s),<br><br>    v.<br><br>COUNTY OF SAN MATEO, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 08-00766 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____          _____
                                        Signature

                                        Counsel for _____
                                        (Name or party or indicate "pro se")

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISOLINA PICON,

        Plaintiff,

v.

COUNTY OF SAN MATEO et al,

        Defendant.
                                    /

Case Number: CV08-00766 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ayanna La'kiedra Jenkins-Toney
Law Offices Of Ayanna L. Jenkins-Toney
225 Bush Street
16th Floor
San Franicsco, CA 94901

Dated: February 15, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk