UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISOLINA PICON,

    Plaintiff(s),

v.

COUNTY OF SAN MATEO, ET AL.,

    Defendant(s).

No. C 08-00766 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2-15-08

*David Dillman* for John Nibbelin
Signature

Counsel for Isolina Picon
(Name or party or indicate "pro se")

3