United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISOLINA PICON,<br><br>    Plaintiff(s),<br><br>v.<br><br>COUNTY OF SAN MATEO, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 08-00766 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2-15-08

_David Dillman for John Nibbelin_
Signature

Counsel for  County of San Mateo
(Name or party or indicate "pro se")

3

## PROOF OF SERVICE

**Picon v. County of San Mateo et al., - CIV467161**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On February 15, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[ ] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[X] (BY FACSIMILE TRANSMISSION) by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

MARY CAVIN

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Ayanna L. Jenkins-Toney
225 Bush Street, 16th Floor
San Francisco, CA 94104
**Fax No. (415) 464-4975**

*ATTORNEY FOR PLAINTIFF*
*Isolina Picon*

PROOF OF SERVICE