1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: John D. Nibbelin, Deputy (SBN 184603)
2  By: Rebecca A. Archer, Deputy (SBN 202743)
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, CA  94063
4  Telephone: (650) 363-4757
   Facsimile:  (650) 363-4034
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO and ROBERT FOUCRAULT,
   individually and as CORONER, SAN MATEO COUNTY
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 ISOLINA PICON,                          | Case No. 08 00766-JCS

13         Plaintiff,                      | **PROOF OF SERVICE**
                                           | (Notice of Motion and Motion to Dismiss
14     vs.                                 | Pursuant to Rule 12(B)(6) of the Federal Rules
                                           | of Civil Procedure)
15 COUNTY OF SAN MATEO and ROBERT
   FOUCRAULT, individually and as CORONER, SAN
16 MATEO COUNTY,

17         Defendants.

18

---

Case No. 08 00766-JCS

PROOF OF SERVICE

# PROOF OF SERVICE

**Isolina Picon v. County of San Mateo et al., - U.S.D.C. Case No. 08-0766-JCS**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On February 21, 2008, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY FACSIMILE TRANSMISSION) by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/
ANNABELLE GAISER

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Ayanna L. Jenkins-Toney  
225 Bush Street, 16th Floor  
San Francisco, CA 94104  
***Facsimile: (415) 464-4975***

ATTORNEY FOR PLAINTIFF:  
Isolina Picon

Case No. 08 00766-JCS

PROOF OF SERVICE