1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: John D. Nibbelin, Deputy (SBN 184603)
2  By: Rebecca A. Archer, Deputy (SBN 202743)
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, CA 94063
4  Telephone: (650) 363-4757
   Facsimile: (650) 363-4034
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO and ROBERT FOUCRAULT,
   individually and as CORONER, SAN MATEO COUNTY
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | ISOLINA PICON,                          | Case No. 08 00766-JCS
13 |         Plaintiff,                      | **PROOF OF SERVICE BY U.S. MAIL**
   |                                         | (Notice of Motion and Motion to Dismiss
14 |     vs.                                 | Pursuant to Rule 12 (B)(6) of the Federal Rules
   |                                         | of Civil Procedure)
15 | COUNTY OF SAN MATEO and ROBERT          |
   | FOUCRAULT, individually and as CORONER, SAN |
16 | MATEO COUNTY,                           |
17 |         Defendants.                     |

18

Case No. 08 00766-JCS

PROOF OF SERVICE BY U.S. MAIL

# PROOF OF SERVICE

**Picon v. County of San Mateo et al., - U.S.D.C. Case No. 08-0766 JCS**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On February 22, 2008, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
ANNABELLE GAISER

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Ayanna L. Jenkins-Toney                     ATTORNEY FOR PLAINTIFF:
225 Bush Street, 16th Floor                 Isolina Picon
San Francisco, CA 94104