IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISOLINA PICON, et al.
        Plaintiff(s),

v.                                                         No.  C-08-766-SC

COUNTY OF SAN MATEO, et al.
        Defendant(s).
_____/   Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Defendant's Motion to Dismiss on April 4, 2008 at 10:00 A.M. and a Case Management Conference on June 6, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    February 25, 2007                                    FOR THE COURT,

                                                                    Richard W. Wieking, Clerk

                                                                    By: T. De Martini
                                                                         Courtroom Deputy Clerk