1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: John D. Nibbelin, Deputy (SBN 184603)
2  By: Rebecca M. Archer, Deputy (SBN 202743)
   By: Glenn M. Levy, Deputy (SBN 219029)
3  Hall of Justice and Records
   400 County Center, 6th Floor
4  Redwood City, CA  94063
   Telephone: (650) 363-4757
5  Facsimile:  (650) 363-4034

6  Attorneys for Defendants
   COUNTY OF SAN MATEO and ROBERT
7  FOUCRAULT, individually and as Coroner, SAN
   MATEO COUNTY

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTICT OF CALIFORNIA

12

| ISOLINA PICON, | Case No. 08-0766 SC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| COUNTY OF SAN MATEO, ROBERT FOUCRAULT, individual and as Coroner, SAN MATEO COUNTY | |
| Defendants. | Hearing:<br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti<br>Courtroom: 1, 17th Floor |

Case No. 08-0766 JCS                                1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE
12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

1  The Motion To Dismiss Pursuant To Rule 12(b)(6) Of The Federal Rules Of Civil Procedure filed
2  by Defendants the County of San Mateo, California, and Robert Foucrault came on for hearing on April
3  4, 2008, in Courtroom 1, before the Honorable Samuel Conti, Senior Judge of the United States Superior
4  Court for the Northern District of California. All parties submitted briefs and were represented by
5  counsel at the hearing on the motion.

6  The Court having reviewed the moving and responding papers and considered argument
7  presented at the hearing hereby finds as follows:

8  1.  Each of the four causes of action included in Plaintiff Isolina Picon's First Amended
9      Complaint, dated January 25, 2008, fails to state a claim upon which relief may be granted
10     against either Defendant County of San Mateo or Defendant Robert Foucrault due to the
11     allegations included in the First Amended Complaint and the facts submitted in the
12     attachment to that complaint.

13 Accordingly, Defendants' motion is granted and it is hereby **ORDERED** that Plaintiff's First
14 Amended Complaint is dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

16 Dated: _____

                                        _____
                                        THE HONORABLE SAMUEL CONTI
                                                SENIOR JUDGE