1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: John D. Nibbelin, Deputy (SBN 184603)
2  By: Rebecca M. Archer, Deputy (SBN 202743)
   By: Glenn M. Levy, Deputy (SBN 219029)
3  Hall of Justice and Records
   400 County Center, 6th Floor
4  Redwood City, CA  94063
   Telephone: (650) 363-4757
5  Facsimile:  (650) 363-4034

6  Attorneys for Defendants
   COUNTY OF SAN MATEO and ROBERT
7  FOUCRAULT, individually and as Coroner, SAN
   MATEO COUNTY

8

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTICT OF CALIFORNIA

12

13  ISOLINA PICON,                          Case No. 08-0766 SC

14         Plaintiff,                       **DECLARATION OF GLENN M. LEVY**

15      vs.                                     Hearing:

16  COUNTY OF SAN MATEO, ROBERT           Date:      April 4, 2008
    FOUCRAULT, individual and as Coroner, SAN   Time:      10:00 a.m.
17  MATEO COUNTY                          Judge:     Hon. Samuel Conti
                                          Courtroom: 1, 17th Floor
18         Defendants.

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GLENN M. LEVY

I, Glenn M. Levy, hereby declare as follows:

1.    I am a Deputy County Counsel for the County of San Mateo.  I submit this declaration in support of the Defendants' Reply Memorandum In Support Of Motion To Dismiss Pursuant To Rule 12(b)(6) Of The Federal Rules Of Civil Procedure, filed concurrently with this declaration.  The following is within my personal knowledge, and if called as a witness, I could and would testify competently as to these matters.

2.    Attached as <u>Exhibit A</u> to this declaration is a true and correct copy of the text of former Section 7150.1 of the California Health and Safety Code.

3.    Attached as <u>Exhibit B</u> to this declaration is a true and correct copy of the text of former Section 7150.2 of the California Health and Safety Code.

4.    I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed this 21st day of March 2008 at Redwood City, California.

_ _____
                    /s/
                Glenn M. Levy

# Exhibit A

Westlaw.

West's Ann.Cal.Health & Safety Code § 7150.1

West's Annotated California Codes <u>Currentness</u>
  Health and Safety Code <u>(Refs & Annos)</u>
    Division 7. Dead Bodies <u>(Refs & Annos)</u>
      Part 1.  General Provisions
        Chapter 3.5.  Uniform Anatomical Gift Act <u>(Refs & Annos)</u>

➡§ 7150.1. Definitions

As used in this chapter:

(a) "Anatomical gift" means a donation of all or part of a human body or a
pacemaker to take effect upon or after death.

(b) "Decedent" means a deceased individual and includes a stillborn infant or
fetus.

(c) "Document of gift" means a card, a statement attached to or imprinted on a
motor vehicle operator's or chauffeur's license, a will, or other writing used to
make an anatomical gift.

(d) "Donor" means an individual who makes an anatomical gift of all or part of the
individual's body or a pacemaker.

(e) "Enucleator" means an individual who removes or processes eyes or parts of
eyes.

(f) "Hospital" means a facility licensed, accredited, or approved as a hospital
under the law of any state or a facility operated as a hospital by the United
States government, a state, or a subdivision of a state.

(g) "Part" means an organ, tissue, eye, bone, artery, blood, fluid, or other
portion of a human body or a pacemaker.

(h) "Person" means an individual, corporation, business trust, estate, trust,
partnership, limited liability company, joint venture, association, government,
governmental subdivision or agency, or any other legal or commercial entity.

(i) "Physician" or "surgeon" means an individual licensed or otherwise authorized
to practice medicine and surgery or osteopathic medicine and surgery under the laws
of any state.

(j) "Procurement organization" means a person licensed, accredited, or approved
under the laws of any state or by the State Department of Health Services for
procurement, distribution, or storage of human bodies or parts.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

West's Ann.Cal.Health & Safety Code § 7150.1

(k) "State" means a state, territory, or possession of the United States, the
District of Columbia, or the Commonwealth of Puerto Rico.

(l) "Technician" means an individual who has completed training in removal of parts
for transplant, therapeutic, or scientific purposes, which the donee determines to
be adequate for the purpose.

CREDIT(S)

(Added by Stats.1988, c. 1095, § 2.  Amended by Stats.1993, c. 226  (A.B.1987), §
11;  Stats.1994, c. 1010 (S.B.2053), § 157.)

HISTORICAL AND STATUTORY NOTES

2007 Electronic Pocket Part Update

1994 Legislation

Subordination of legislation by Stats.1994, c. 1010 (S.B.2053), see Historical and
Statutory Notes under Business and Professions Code § 128.

1996 Legislation

Legislative declaration of Stats.1996, c. 57 (S.B.141), § 30, relating to the
rendition of professional services by a limited liability company, see Historical
and Statutory Notes under Code of Civil Procedure § 699.720.

Derivation:  Former § 7150.5, added by Stats.1970, c. 1006, § 3, amended by
Stats.1982, c. 280, § 1.

© 2007 Thomson/West

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

# **<u>Exhibit B</u>**

Westlaw.

West's Ann.Cal.Health & Safety Code § 7150.2

West's Annotated California Codes Currentness
  Health and Safety Code (Refs & Annos)
    Division 7. Dead Bodies (Refs & Annos)
      Part 1.  General Provisions
        Chapter 3.5.  Uniform Anatomical Gift Act (Refs & Annos)

        ➡§ 7150.2. Regulations;  legislative intent

 (a) The State Department of Health Services shall have oversight and regulatory authority with respect to the implementation in this state of the Uniform Anatomical Gift Act.

(b) The State Department of Health Services shall adopt regulations that provide for the implementation of this chapter.  Regulations adopted pursuant to this section shall include, but not be limited to, providing public awareness of being an organ and tissue donor and of the importance of informed consent prior to donation.

(c)(1) It is the intent of the Legislature that no provision of this section be construed to be in conflict with federal law.

(2) The provisions of this section are severable.  If any provision of this section or its application is held invalid, that invalidity shall not affect other provisions or applications that can be given effect without the invalid provision or application.

CREDIT(S)

(Added by Stats.2000, c. 829 (A.B.2167), § 2.)

CROSS REFERENCES

    Department of Motor Vehicles, duty to make available on licenses and identification cards space for sign or notice describing this Act, duty to make available information about registry and how donations may be made, see Vehicle Code § 1672.

    Drivers' licenses, issuance and renewal, information to be provided on organ and tissue donation including a enrollment form for the California Organ and Tissue Donor Registry, see Vehicle Code § 12811.

© 2007 Thomson/West

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.