United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Picon,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>County of San Mateo,<br><br>　　　　　　Defendant(s). | 08-00766 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　　　**Daniel Bowling**
　　　　　　US District Court - ADR Unit
　　　　　　450 Golden Gate Ave., 16th Fl.
　　　　　　San Francisco, CA 94102
　　　　　　415-522-2022
　　　　　　Daniel_Bowling@cand.uscourts.gov

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00766 SC MED　　　　　　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 15, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00766 SC MED                              - 2 -