1 | AYANNA L. JENKINS TONEY, ESQ. (SBN 224847)
Law Offices Of Ayanna L. Jenkins Toney
2 | 225 Bush Street 16th Floor
San Francisco, CA 94104
3 | Telephone: (415) 464-4974
Facsimile:  (415) 464-4975
4 | Email:      AyannaJ@msn.com

5 | Attorney for Plaintiff
ISOLINA PICON

6

7 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: John D. Nibbelin, Deputy (SBN 184603)
8 | By: Glenn M. Levy, Deputy (SBN 219029)
Hall of Justice and Records
9 | 400 County Center, 6th Floor
Redwood City, CA  94063
10 | Telephone: (650) 363-4757
Facsimile:  (650) 363-4034
11 | Email:      glevy@co.sanmateo.ca.us
            jnibbelin@co.sanmateo.ca.us

12 | Attorneys for Defendants
COUNTY OF SAN MATEO and ROBERT FOUCRAULT,
13 | individually and as Coroner, San Mateo County

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORNIA

| ISOLINA PICON, | Case No. C-08-0766 SC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER AND STIPULATION REGARDING MEDIATION DEADLINE** |
| vs. | |
| COUNTY OF SAN MATEO, ROBERT FOUCRAULT, individual and as Coroner, SAN MATEO COUNTY | |
| Defendants. | |

1       The parties to this litigation, through their respective counsel of record, hereby note the following

2 facts and accordingly stipulate as follows:

3       On May 8, 2008, the Court ordered this case to mediation pursuant to the ADR stipulation filed

4 by the parties. That order requires the parties to hold the ADR session by August 6, 2008. On May 15,

5 2008, the Court appointed Daniel Bowling of the United States District Court's ADR Unit as the

6 mediator for this case.

7       On June 11, 2008, the parties through their respective counsel had a pre-mediation telephone

8 conference with Mr. Bowling. During the course of that telephone conference the parties and Mr.

9 Bowling agreed that the mediation would benefit from being scheduled after a ruling on the Defendant's

10 pending Rule 12(b)(6) motion. In light of this view, the parties and Mr. Bowling agreed that the parties

11 should request an extension of the deadline for holding the ADR session until September 30, 2008, which

12 will permit for scheduling of the mediation and accommodation of other upcoming commitments.

13       Accordingly, the parties hereby stipulate and request that the Court extend the deadline for

14 holding the ADR session through and including September 30, 2008.

16 Dated: June 13, 2008                            Respectfully submitted,

17                                                    MICHAEL P. MURPHY, COUNTY COUNSEL

19                                                    By:             /s/

20                                                           Glenn M. Levy, Deputy

21                                                    Attorneys for Defendants
                                                       COUNTY OF SAN MATEO and ROBERT

22                                                    FOUCRAULT, individually and as Coroner, San
                                                   Mateo County

Case No. C-08-0766 SC          1
[PROPOSED] ORDER AND STIPULATION REGARDING MEDIATION DEADLINE

1 | Dated: June __11__, 2008

2 | LAW OFFICES OF AYANNA L. JENKINS TONEY

3 |

4 |

5 | By: _/s/ Ayanna L. Jenkins Toney_
    Ayanna L. Jenkins Toney, Esq.

6 |

7 | Attorney for Plaintiff
    ISOLINA PICON

8 | Pursuant to the stipulation above, the ADR session in the above-captioned matter is to be held no

9 | later than September 30, 2008.

10 |

11 | IT IS SO ORDERED.

12 |

13 | Dated: _____, 2008

14 | _____
    Judge Samuel Conti
    UNITED STATES DISTRICT JUDGE

Case No. C-08-0766 SC                         2
[PROPOSED] ORDER AND STIPULATION REGARDING MEDIATION DEADLINE

Dated: June ___, 2008

                    LAW OFFICES OF AYANNA L. JENKINS TONEY

By: _____
      Ayanna L. Jenkins Toney, Esq.

Attorney for Plaintiff
ISOLINA PICON

Pursuant to the stipulation above, the ADR session in the above-captioned matter is to be held no later than September 30, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

                    _____
                    Judge Samuel Conti
                    UNITED STATES DISTRICT JUDGE