AYANNA L. JENKINS TONEY, ESQ. (SBN 224847)
Law Offices Of Ayanna L. Jenkins Toney
225 Bush Street 16th Floor
San Francisco, CA 94104
Telephone: (415) 464-4974
Facsimile: (415) 464-4975
Email:      AyannaJ@msn.com

Attorney for Plaintiff
ISOLINA PICON


MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: John D. Nibbelin, Deputy (SBN 184603)
By: Glenn M. Levy, Deputy (SBN 219029)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4757
Facsimile:  (650) 363-4034
Email:      glevy@co.sanmateo.ca.us
            jnibbelin@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO and ROBERT FOUCRAULT,
individually and as Coroner, San Mateo County

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORNIA

| | |
|---|---|
| ISOLINA PICON,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN MATEO, ROBERT FOUCRAULT, individual and as Coroner, SAN MATEO COUNTY<br><br>          Defendants. | Case No. C-08-0766 SC<br><br>**[PROPOSED] ORDER AND STIPULATION REGARDING MEDIATION DEADLINE** |

The parties to this litigation, through their respective counsel of record, hereby note the following facts and accordingly stipulate as follows:

On May 8, 2008, the Court ordered this case to mediation pursuant to the ADR stipulation filed by the parties. That order requires the parties to hold the ADR session by August 6, 2008. On May 15, 2008, the Court appointed Daniel Bowling of the United States District Court's ADR Unit as the mediator for this case.

On June 11, 2008, the parties through their respective counsel had a pre-mediation telephone conference with Mr. Bowling. During the course of that telephone conference the parties and Mr. Bowling agreed that the mediation would benefit from being scheduled after a ruling on the Defendant's pending Rule 12(b)(6) motion. In light of this view, the parties and Mr. Bowling agreed that the parties should request an extension of the deadline for holding the ADR session until September 30, 2008, which will permit for scheduling of the mediation and accommodation of other upcoming commitments.

Accordingly, the parties hereby stipulate and request that the Court extend the deadline for holding the ADR session through and including September 30, 2008.

Dated: June 13, 2008                                    Respectfully submitted,

                                                        MICHAEL P. MURPHY, COUNTY COUNSEL


                                                        By: _____/s/_____
                                                            Glenn M. Levy, Deputy

                                                        Attorneys for Defendants
                                                        COUNTY OF SAN MATEO and ROBERT
                                                        FOUCRAULT, individually and as Coroner, San
                                                        Mateo County

Case No. C-08-0766 SC                    1
[PROPOSED] ORDER AND STIPULATION REGARDING MEDIATION DEADLINE

1
2  Dated: June 11, 2008
3
                                              LAW OFFICES OF AYANNA L. JENKINS
4                                             TONEY
5                                             By: /s/ Ayanna L. Jenkins Toney
6                                                 Ayanna L. Jenkins/Toney, Esq.
7                                             Attorney for Plaintiff
                                              ISOLINA PICON
8
9  Pursuant to the stipulation above, the ADR session in the above-captioned matter is to be held no
10 later than September 30, 2008.
11
    IT IS SO ORDERED.
12
13 Dated:  6/13   , 2008
14                                             _____
15                                             IT IS SO ORDERED
                                               UNITED STATES DISTRICT JUDGE
16                                             Judge Samuel Conti
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C-08-0766 SC                    2
[PROPOSED] ORDER AND STIPULATION REGARDING MEDIATION DEADLINE

Dated: June ___, 2008

                           LAW OFFICES OF AYANNA L. JENKINS TONEY

                           By: _____
                                 Ayanna L. Jenkins Toney, Esq.

                           Attorney for Plaintiff
                           ISOLINA PICON

Pursuant to the stipulation above, the ADR session in the above-captioned matter is to be held no later than September 30, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

                           Judge Samuel Conti
                           UNITED STATES DISTRICT JUDGE