**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 14, 2008

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE:  CV 08-00766 SC     ISOLINA PICON-v-COUNTY OF SAN MATEO
       Your Case Number: (CIV 467161)

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X) Certified copies of docket entries

    (X) Certified copies of Remand Order

    () Other

  Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Susan Imbriani*

    by: Susan Imbriani
    Case Systems Administrator

Enclosures
Copies to counsel of record