**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 14, 2008

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE: CV 08-00766 SC    ISOLINA PICON-v-COUNTY OF SAN MATEO
    Your Case Number: (CIV 467161)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by: Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record

**RECEIVED**

JUL 1 7 2008

CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg